**Jobadiah Silence Weeks**
18101 Collins Avenue, #4209
Sunny Isles Beach, FL 33160
Email: silenceweeks1@gmail.com

Date: February 27, 2026

United States Marshals Service
District of Colorado
Attn: Asset Forfeiture / Property Custodian
1929 Stout Street
Denver, CO 80294

Re: Service of Rule 41(g) Motion
United States v. Weeks

Dear Sir or Madam:

Enclosed please find a copy of Movant's Motion for Return of Property pursuant to Federal Rule of Criminal Procedure 41(g), together with all supporting exhibits, proposed orders, and Motion for Expedited Consideration, filed in the United States District Court for the District of Colorado.

This correspondence is provided for service and notice purposes only.

Please direct any response or correspondence regarding custodial status to the United States Attorney's Office for the District of Colorado.

Respectfully,

Jobadiah Sinclair Weeks