PRIORITY® MAIL

PRESS FIRMLY TO SEAL

PRIORITY® MAIL

PAPER POUCH

PRIORITY® MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

VISIT US AT USPS.COM® Label 106A, Nov 2018

United States Postal Service®

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$11.95

Origin: 33160
02/27/26
1159020143-10

PRIORITY MAIL®

0 Lb 12.70 Oz

RDC 03

EXPECTED DELIVERY DAY: 03/02/26

C044

SHIP TO:
901 19TH ST
DENVER CO 80294-2500

USPS TRACKING® #

9505 5155 9226 6058 7724 76

...trictions apply).*

...many international destinations.

...orm is required.

...ms exclusions see the

...lity and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Jobadiah Weeks
18101 Collins Ave #4209
Sunny Isles, FL
33160

TO:
Clerk of Court
United States District Court
District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

SKNA

PS.CO
2018

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

## TRACKED ■ INSURED

PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.