# EXHIBIT A

IRS Form 2433
Notice of Seizure
Digital Assets

Dated June 24, 2026

Department of the Treasury
Internal Revenue Service
Form **2433** (Rev. Nov. 2014)

# Notice of Seizure

**Name and address of owner** ***(real estate)*** **or party in possession** ***(personal property)***

Federal Bureau of Investigation
1050 Lakes Drive #350
West Covina, CA 91790

Under the authority in section 6331 of the Internal Revenue Code, and by virtue of a levy from the Area Director of Internal Revenue of the area shown below, I have seized the property below for nonpayment of past due internal revenue taxes.

| Due from | | | Amount Due from Form 668B | Internal Revenue Area and Territory |
|---|---|---|---|---|
| | Name | JOBADIAH S WEEKS | | |
| | Address | 44301 East Cliff Trail<br>Bennett, CO 80102 | $16,288,876.41 | S. Atlantic/North Florida |

**Description of property**

Virtual currency currently held in five FBI-controlled wallets, consisting of approximately:

| Amount | Asset |
|---|---|
| 3.67041619 | Bitcoin |
| 4.99995661 | Bitcoin |
| 48.91640489 | Ether |
| 91.85073198 | Litecoin |
| 2.97653485 | Bitcoin Cash |

Was the taxpayer or representative present during the seizure of the property? ☐ Yes ☐ No

If no, the reason the taxpayer was not present:

☐ Unavailable ☐ Declined ☐ Other (explain)

| Signature of Revenue Officer making seizure | Address | Date |
|---|---|---|
| [signature] | 1248 N University Dr Plantation, FL ~~33026~~ 33322 | 06/24/26 |
| **Signature of accompanying employee** | **Address** | **Date** |
| [signature] | 1248 N University Dr. Plantation FL 33322 | 06/24/2026 |

# EXHIBIT B

IRS Form 2433
Notice of Seizure
Coins and Collectibles

Dated June 24, 2026

Department of the Treasury
Internal Revenue Service
Form **2433** (Rev. Nov. 2014)

# Notice of Seizure

**Name and address of owner** ***(real estate)*** **or party in possession** ***(personal property)***

Federal Bureau of Investigation
8000 E. 36th Ave
Denver, CO 80238

Under the authority in section 6331 of the Internal Revenue Code, and by virtue of a levy from the Area Director of Internal Revenue of the area shown below, I have seized the property below for nonpayment of past due internal revenue taxes.

| Due from | | | Amount Due from Form 668B | Internal Revenue Area and Territory |
|---|---|---|---|---|
| | Name | Jobadiah Weeks | | |
| | Address | 44301 East Cliff Trail<br>Bennett, CO 80102 | $ 16,288,876.41 | S. Atlantic/North Florida |

**Description of property**

40 Copper colored Cannabis Coins
45 Canisters containing approximately 889 Silver colored Coins
1 Sheet of 16 1oz Copper colored crackers
1 pair earrings, 3 loose .156 Carat Diamonds
1 pouch containing 2 pair Gold colored Earrings, 1 Gold colored Ring and 1 Gold Colored Necklace 4
1 oz Gold colored Coins and 4 1/10 oz Gold colored Coins
5 1oz Silver colored Coins
1 1909 20 franc Copper colored Coin
1 Hunk Papa Lakota 1/2 oz Copper colored Coin
1 AOCS approved 1 oz Copper colored Coin
1 Rob Gray 1 oz Copper colored Coin
1 d'Anconia 1 oz Copper colored Coin
1 NTR 10 troy oz Silver colored Bar
1 Academy Silver colored Bar, 10 troy oz
23 Cannisters Copper colored Coins
Cash $100.00 x 34=$3,400.00, $50.00 x 20=$1,000.00, $2.00x1=$2.00, $1.00x8=$8.00
25 packages Silver colored Bitcoin Coins (approximately 250 Coins)
20 Cannisters containing approximately 500 Silver colored Coins in plastic case
20 1/10 gram Gold colored Certificates in collector case
Approximately 72 Silver colored Coins
Approximately 150 dimes
Approximately 22 Gold colored Coins
1 Silver colored bullet (not a real bullet)
3 NTR Metals 10oz Silver colored Bars
Approximately 80 collector quarter dollar coins
Ron Paul 1 oz Copper colored coin
20 Trillion Dollar Silver colored piece

Was the taxpayer or representative present during the seizure of the property? ☐ Yes ☐ No
If no, the reason the taxpayer was not present:
☐ Unavailable ☐ Declined ☐ Other (explain)

| Signature of Revenue Officer making seizure | Address | Date |
|---|---|---|
| [signature] | 1248 N University Dr<br>Plantation, FL ~~33026~~ 33322 | 6/24/2026 |
| **Signature of accompanying employee** | **Address** | **Date** |
| [signature] | 1248 N University Dr<br>Plantation, FL 33026 | 06/24/2026 |

**Part 1**—Taxpayer Copy Cat. No. 21680C www.irs.gov Form **2433** (Rev. 11-2014)