## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I caused a true and correct copy of the foregoing **Notice of Supplemental Evidence**, together with Exhibits A and B, to be served by United States Postal Service Certified Mail, Return Receipt Requested, upon the following:

> **United States Marshals Service**
> District of Colorado
> Attn: Asset Forfeiture / Property Custodian
> 1929 Stout Street
> Denver, CO 80294

> **Office of the United States Attorney**
> District of Colorado
> Attn: Civil Process Clerk
> 1801 California Street, Suite 1600
> Denver, CO 80202

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Plaintiff, Pro Se

