CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I served a true and correct copy of the foregoing Plaintiff's Reply in Support of Motion for Return of Property and Accounting Under Federal Rule of Criminal Procedure 41(g), together with Exhibits A through D, by electronic mail upon counsel for Defendant at:

Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
District of Colorado
Email: laura.hurd@usdoj.gov

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks

